O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-01712 AHM (PJWx) | Date | April 15, 2009 |
|---|---|---|---|
| Title | FELIPE BEDOLLA IZAZAGA v. UNITED STATES OF AMERICA., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:            Attorneys **NOT** Present for Defendants:

**Proceedings:**         IN CHAMBERS (No Proceedings Held)

On March 24, 2009, Defendants filed a motion for a more definite statement pursuant to Fed. R. Civ. P. 12(e). Plaintiff has not filed an opposition. "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Local Rule 7-12.

Moreover, the motion is meritorious on its face. Plaintiff appears to allege that he has rights to certain unidentified property as a result of his having filed a UCC-1 document. Plaintiff asks the Court to issue a writ of replevin to the Sheriff of Santa Barbara County "to restore possession of the property to Plaintiff from Defendants." He also asks that Defendants be ordered "to release all proceeds, products, fixtures, accounts and the orders to Plaintiff." Finally, he requests compensation "for unauthorized use of property at the rate of $1,600,000.00 per day." Nowhere does the Complaint describe what property is at stake. Hence, it is "so vague or ambiguous that [Defendants] cannot reasonably prepare a response." Fed. R. Civ. P. 12(e).

//
//
//
//
//
//
//

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-01712 AHM (PJWx) | Date | April 15, 2009 |
|---|---|---|---|
| Title | FELIPE BEDOLLA IZAZAGA v. UNITED STATES OF AMERICA., *et al.* | | |

The Court GRANTS the motion.[1]  The Court ORDERS Plaintiff to file a First Amended Complaint that describes in plain language the "property" that he claims has been unlawfully deprived of, the precise relief he is seeking, and the reasons he is entitled to the relief.  The First Amended Complaint must be filed by April 30, 2009.  If it is not filed by then, the Court will strike the Complaint and dismiss the action.

No hearing is necessary.  Fed. R. Civ. P. 78; L. R. 7-15.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |

---

[1] Docket No. 6.