O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-01712 AHM (PJWx) | Date | May 27, 2009 |
|---|---|---|---|
| Title | FELIPE BEDOLLA IZAZAGA v. UNITED STATES OF AMERICA., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On April 15, 2009, the Court granted Defendants' motion for a more definite statement pursuant to Fed. R. Civ. P. 12(e). Plaintiff subsequently filed a document entitled "Amended to Plaintiff's Complaint," which constitutes his first amended complaint in response to the Court's order. In this amended complaint, Plaintiff states: "The Property in question is Plaintiff's body, all items and paperwork that has Plaintiff's name on it, involuntarily held by Defendants at FCC Lompoc. . . which is described and registered via UCC-1." Although Plaintiff has now expressly described the property at stake, as the Court ordered it to do, Defendants have filed another motion for a more definite statement. However, Defendants do understand the purported legal basis for Plaintiff's action (see page 2 of their memorandum), and the prayer for relief in the amended complaint clearly states the several types of relief Plaintiff seeks. The amended complaint is sufficient for Defendants to frame a response, *i.e.*, a Rule 12(b)(6) motion. There is no reason for Defendants to delay filing such a motion.

The Court DENIES the motion for a more definite statement.[1] The Court reminds Defendants to lodge a proposed order with any motion.

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

|   | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 16.